IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>P. BLANCO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:21-cv-01764-DAD-DMC<br><br>ORDER |

　　　The Attorney General's Office is specially appearing on behalf of Defendants Blanco, Earles, and Hougland in this matter to request an extension of time to execute service waivers. Good cause appearing therefor based on counsel's declaration indicating the need for additional time to determine whether the Attorney General's Office will offer representation to Defendants Blanco and Earles, the first request for an extension of time in which to execute service waivers for Defendants Blanco, Earles, and Hougland is GRANTED. Defendants Blanco, Earles, and Hougland have until March 20, 2023, to execute waivers of service.

　　　Dated: February 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE