IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>        Plaintiff,<br><br>    v.<br><br>P. BLANCO, et al.,<br><br>        Defendants. | No.  2:21-CV-1764-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 29, for an extension of time to file an opposition to Defendants' motion to dismiss.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited law library access, Plaintiff's motion is granted.  Plaintiff may file an opposition within 30 days of the date of this order.

        IT IS SO ORDERED.

Dated:  July 24, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1