1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES C. McCURDY,                      No.  2:21-CV-1764-DAD-DMC-P

12              Plaintiff,

13        v.                                 ORDER

14    P. BLANCO, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 32, for an extension

19    of time to file an opposition to Defendants' motion to dismiss.  Good cause appearing therefor

20    based on Plaintiff's recent change of address, Plaintiff's motion will be granted.

21          Accordingly, IT IS HEREBY ORDERED as follows:

22          1.      Plaintiff's motion for an extension of time, ECF No. 32, is GRANTED.

23          2.      Plaintiff may file an opposition within 30 days of the date of this order.

24

25    Dated:  September 8, 2023

26                                           _____
                                             DENNIS M. COTA
27                                           UNITED STATES MAGISTRATE JUDGE

28

                                             1