IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>        Plaintiff,<br><br>    v.<br><br>P. BLANCO, et al.,<br><br>        Defendants. | No. 2:21-CV-1764-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's fourth motion, ECF No. 35, for an extension of time to file an opposition to Defendants' motion to dismiss. Good cause appearing therefor based on Plaintiff's recent second change of address, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

    1.    Plaintiff's motion for an extension of time, ECF No. 35, is GRANTED.

    2.    Plaintiff may file an opposition within 30 days of the date of this order.

Dated: October 26, 2023

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE