IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. BLANCO, et al.,<br><br>　　　　Defendants. | No.  2:21-CV-1764-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's fifth motion, ECF No. 37, for an extension of time to file an opposition to Defendants' motion to dismiss, which was filed on April 20, 2023. Good cause appearing therefor based on Plaintiff's recent change of address and declaration indicating the need for additional time due to several prison transfers incident to a case in San Luis Obispo County, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 37, is GRANTED.

2. Plaintiff may file an opposition within 30 days of the date of this order.

Dated:  November 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1