1

2

3

4

5

6

7

8                 **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES C. McCURDY,                       No.  2:21-CV-1764-DAD-DMC-P

12              Plaintiff,

13        v.                        ORDER

14   P. BLANCO, et al.,

15              Defendants.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file

19   objections to the Court's March 25, 2024, amended findings and recommendations.  See ECF No.

20   49.

21           Plaintiff previously requested and was granted a 30-day extension of time on May

22   9, 2024.  See ECF No. 48.  In the current motion, filed on May 15, 2024, Plaintiff states that, as of

23   the filing of the current motion, Plaintiff had not received the Court's decision on his previous

24   motion.  Because Plaintiff has already been granted an extension of time, the current motion will

25   be denied as unnecessary.

26   / / /

27   / / /

28   / / /

1        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension

2   of time, ECF No. 49, is DENIED as unnecessary.

3

4   Dated:  May 17, 2024

5                                                    _____
                                                      DENNIS M. COTA
6                                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28