IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>    Plaintiff,<br><br>  v.<br><br>P. BLANCO, et al.,<br><br>    Defendants. | No. 2:21-CV-1764-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's March 25, 2024, amended findings and recommendations. See ECF No. 51. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to recent administrative segregation, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 51, is GRANTED.

2. The parties may file objections to the Court's March 25, 2024, amended findings and recommendations within 30 days of the date of this order.

Dated: June 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE