# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. McCURDY,

    Plaintiff,

    v.

P. BLANCO, et al.,

    Defendants.

No. 2:21-CV-1764-DAD-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's fourth motion for an extension of time to file objections to the Court's March 25, 2024, amended findings and recommendations. See ECF No. 54. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a recent transfer to Atascadero State Hospital on or about July 22, 2024, and resulting temporary separation from his legal materials, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 54, is GRANTED.

2. The parties may file objections to the Court's March 25, 2024, amended findings and recommendations within 30 days of the date of this order.

Dated: August 6, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE