IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>        Plaintiff,<br><br>   v.<br><br>P. BLANCO, et al.,<br><br>        Defendants. | No. 2:21-CV-1764-DAD-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's fifth motion for an extension of time to file objections to the Court's March 25, 2024, amended findings and recommendations. See ECF No. 59. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a recent transfer to Atascadero State Hospital on or about July 22, 2024, and resulting temporary separation from his legal materials, and subsequent return to North Kern State Prison, Plaintiff's motion will be granted. Given the number of extensions of time which have been granted, further extensions will only be granted on a showing of extraordinary need for additional time.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 59, is GRANTED.

2. The parties may file objections to the Court's March 25, 2024, amended findings and recommendations within 21 days of the date of this order.

Dated: February 10, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE