**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES C. McCURDY, | No. 2:21-CV-1764-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| EARLES, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to compel. See ECF No. 67. Defendant has filed an opposition. See ECF No. 68. Plaintiff has filed a reply. See ECF No. 69.

In his motion, Plaintiff states that he never received the Court's April 25, 2025, discovery and scheduling order. See ECF No. 67. Plaintiff asks that the Court forward him a copy of that order. See id. Plaintiff also asks that the Court compel Defendant to respond to written discovery. See id. Plaintiff has not attached to his motion any supporting declaration or the written discovery as to which he seeks to compel responses. Thus, Plaintiff has not made the showing required under Federal Rule of Civil Procedure 37 for an order compelling discovery responses.

To the extent Plaintiff seeks a copy of the Court's April 25, 2025, discovery and scheduling order, that request will be granted.

1

Finally, given that Plaintiff may have been unaware of the deadline for completion of discovery (January 1, 2026), the Court will sua sponte extend the time to conduct discovery and file dispositive motions.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's motion to compel, ECF No. 67, is denied to the extent Plaintiff seeks an order compelling Defendant to provide responses to written discovery requests.

2.      Plaintiff's motion to compel, ECF No. 67, is granted to the extent Plaintiff asks that the Court send him a copy of the April 25, 2025, discovery and scheduling order.

3.      The Clerk of the Court is directed to forward to Plaintiff a copy of the Court's April 25, 2025, order at ECF No. 64.

4.      The Court sua sponte modifies the April 25, 2025, order to re-open discovery and permit the parties to conduct discovery through May 25, 2026.

5.      Dispositive motions shall be filed no later than 120 days after April 25, 2026.

6.      All other provisions of the Court's April 25, 2025, order remain in effect.

Dated: January 30, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE