**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES C. McCURDY, | No. 2:21-CV-1764-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| EARLES, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to conduct discovery. See ECF No. 71.

Plaintiff's motion was signed on December 31, 2025, but not filed util February 4, 2026. On February 2, 2026, the Court sua sponte extended the time for the parties to conduct discovery to May 25, 2026. See ECF No. 70. Thus, the Court has already granted the relief Plaintiff seeks and, as such, the current motion is unnecessary.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS ORDERED that Plaintiff's motion for an extension of time to conduct discovery, ECF No. 71, is denied as unnecessary.

Dated: February 6, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE