IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES C. MCCURDY,** | Case No. 2:21-cv-1764-DAD-DMC-P |
| Plaintiff, | **ORDER** |
| **v.** | |
| **EARLES,** | |
| Defendant. | |

For good cause shown, Defendant's Notice of Motion and Motion to Opt Out of Post-Screening ADR is GRANTED. Accordingly, the stay of this action (ECF No. 74) is lifted. By separate order, the Court will set a schedule for this litigation.

Dated: May 11, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1